**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

PEIRRE ADAMS                                                                                    PLAINTIFF

V.                                            4:16CV00355 JM/PSH

FAULKNER COUNTY
DETENTION CENTER *et al*                                                                DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Peirre Adams, who was formerly held at the Faulkner County Detention Center Unit 1, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on June 13, 2016.[1] Adams did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis*. Accordingly, on June 16, 2016, the Court entered an order directing Adams to either pay the filing and administrative fees, or file an application for leave to proceed *in forma pauperis* within 30 days (Doc. No. 2). That order warned Adams that his failure to comply would result in the recommended

---

[1] Adams is one of three plaintiffs originally named in the complaint. Pursuant to direction from the Court, the Clerk opened three individual cases, each with a single plaintiff.

dismissal of his complaint.[2] On June 28, 2016, after mail sent to Adams at his address of record was returned as undeliverable, the Court entered an order directing Adams to file a notice of his current mailing address within 30 days, and warning him that his failure to comply would result in the recommended dismissal of his complaint (Doc. No. 6).

Although more than 30 days have passed, Adams has not updated his address, paid the filing and administrative fees, filed an application for leave to proceed *in forma pauperis*, or otherwise responded to the orders. Mail sent to Adams at his address of record continues to be returned as undeliverable, and Adams is not listed as a current inmate on the public websites maintained by the Arkansas Department of Correction or the Federal Bureau of Prisons. Under these circumstances, the Court concludes that Adams' complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1.Plaintiff Peirre Adams' complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's orders.

2.The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

---

[2]The order also directed Adams to file a signed copy of his complaint.

DATED this 9th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE